UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**All cases listed in Exhibit A** | 2:17-MD-2789 (CCC)(MF)<br>(MDL 2789)<br>and all member and related cases<br><br>Judge Claire C. Cecchi |

## ORDER OF DISMISSAL PURSUANT TO
## CASE MANAGEMENT ORDER NO. 39

On June 19, 2020, as required by CMO NO. 39, Defendants provided counsel for certain Plaintiffs with a No PFS List identifying each Plaintiff who, as of March 31, 2020, had failed to produce a PFS in response to Defendants' Notice of Non-Compliance in accordance with the timeline set forth in CMO No. 9 or CMO No. 27 ("No PFS List No. 1"). Pursuant to CMO No. 39 (Doc. 593), the Plaintiffs identified on No PFS List No. 1 were required, by August 18, 2020, to either: (a) challenge inclusion on No PFS List No. 1 by identifying the PFS previously produced to Defendant(s); or, (b) produce a signed and dated PFS as required by CMO No. 9. The 297 Plaintiffs enumerated on Exhibit A failed to do so.

The 21-day period following Defendants' submission of a proposed Dismissal Order to the Court set forth in CMO No. 39, in which any individual

Plaintiff's counsel who believed a case was identified in error in Defendants' proposed Dismissal Order must have provided written notice to the Court of such error, has passed. None of the Plaintiffs identified on Exhibit A have provided such written notice. Therefore, pursuant to CMO No. 39, their cases shall be dismissed without prejudice.

It is hereby **ORDERED** that the 297 cases identified on Exhibit A are **DISMISSED** without prejudiced.

**SO ORDERED** on this  22nd  day of October, 2020.

_____
**CLAIRE C. CECCHI, U.S.D.J.**

**Exhibit A**

|    | Plaintiff Name        | Case No.        |
|----|-----------------------|-----------------|
| 1  | Adagbonyin Festus     | 2:19-cv-16836   |
| 2  | Adkinson, Vicky       | 2:18-cv-00101   |
| 3  | Anderson, Alan        | 2:19-cv-14835   |
| 4  | Anding Bessie L.      | 2:19-cv-12718   |
| 5  | Arbogast, Harry       | 2:19-cv-08793   |
| 6  | Arena, Earline        | 2:19-cv-15898   |
| 7  | Arnett, James         | 2:18-cv-03528   |
| 8  | Arnold, David         | 2:18-cv-10075   |
| 9  | Ashley, Joyce         | 2:18-cv-09250   |
| 10 | Askew, Michael        | 2:18-cv-12188   |
| 11 | Austin, Jeanette      | 2:18-cv-09088   |
| 12 | Austin, Pamela        | 2:18-cv-00211   |
| 13 | Baker, Janice         | 2:19-cv-15697   |
| 14 | Baker, Ruth Ann       | 2:19-cv-15621   |
| 15 | Baker, Thomas W.      | 2:19-cv-14977   |
| 16 | Banks Michaylia       | 2:19-cv-13579   |
| 17 | Barber Jr. Harold     | 2:19-cv-13382   |
| 18 | Barlow, Cynthia       | 2:17-cv-13808   |
| 19 | Begay Lolita          | 2:19-cv-13273   |
| 20 | Ber, Karen            | 2:18-cv-09152   |
| 21 | Bergeron, Morris      | 2:18-cv-03751   |
| 22 | Bingham, Charles      | 2:19-cv-08125   |
| 23 | Bishara, George       | 2:19-cv-11889   |
| 24 | Bishop, Una           | 2:19-cv-15567   |
| 25 | Bissett, John         | 2:19-cv-06401   |
| 26 | Blakney, Johnnie      | 2:19-cv-14415   |
| 27 | Blaufarb, Joseph R.   | 2:19-cv-13001   |
| 28 | Blythe, Sharon        | 2:17-cv-13443   |
| 29 | Bowen, Lucy           | 2:19-cv-12859   |
| 30 | Bowens, Danny         | 2:17-cv-03316   |
| 31 | Bowman, Kristi        | 2:17-cv-13808   |
| 32 | Brasslett, Sharon     | 2:19-cv-12881   |
| 33 | Brewer, Kimberly      | 2:19-CV-17485   |
| 34 | Brittenham, Peggy     | 2:19-cv-07450   |
| 35 | Brock Mary            | 2:18-cv-09913   |
| 36 | Brock, Grady          | 2:19-cv-14743   |

**Exhibit A**

|    | Plaintiff Name            | Case No.       |
|----|---------------------------|----------------|
| 37 | Brown David               | 2:18-cv-11530  |
| 38 | Brown, Janet              | 2:18-cv-15118  |
| 39 | Brumfield, Jaquisha       | 2:19-cv-08572  |
| 40 | Bullard, Mark             | 2:18-cv-02262  |
| 41 | Burnett, Jeannie Ruth     | 2:19-cv-13282  |
| 42 | Byrd, Leonard             | 2:19-cv-15623  |
| 43 | Caffey, Gladys            | 2:19-cv-14843  |
| 44 | Cahoon, Mary              | 2:17-cv-13808  |
| 45 | Canuelas, Maria           | 2:17-cv-13720  |
| 46 | Carroll, James            | 2:19-cv-15991  |
| 47 | Casarez, Casey            | 2:19-CV-05486  |
| 48 | Castro, Raymond           | 2:19-cv-08575  |
| 49 | Cepeda, Gloria            | 2:19-cv-12403  |
| 50 | Chowdhurry Mohammed       | 2:19-cv-14858  |
| 51 | Chowdhury, Reaz           | 2:18-cv-11103  |
| 52 | Cisneros Susana           | 2:18-cv-14014  |
| 53 | Clements, Marquita        | 2:17-cv-11210  |
| 54 | Clemmons Carolyn          | 2:18-cv-12640  |
| 55 | Cloud, Mary               | 2:19-cv-08886  |
| 56 | Cofer, Lumpsie            | 2:19-cv-14511  |
| 57 | Colclasure, Tony          | 2:17-cv-13808  |
| 58 | Collins, Donny            | 2:19-cv-08867  |
| 59 | Collins, Randy            | 2:17-cv-13808  |
| 60 | Conway, Lynn              | 2:19-cv-08795  |
| 61 | Cook, Betty               | 2:19-cv-12640  |
| 62 | Cooper, Betty             | 2:19-cv-08885  |
| 63 | Copeland, Joel            | 2:19-cv-12644  |
| 64 | Cothran, James            | 2:18-cv-09090  |
| 65 | Cox Marion                | 2:19-cv-17496  |
| 66 | Cox, Charles, II          | 2:19-cv-10742  |
| 67 | Crittenden, Malcolm Bruce | 2:18-cv-09215  |
| 68 | Cross, Robert             | 2:17-cv-05954  |
| 69 | Cruz, Ramon               | 2:19-cv-15731  |
| 70 | Curtis Asta               | 2:18-cv-13298  |
| 71 | Dallas-Jones, Lenore      | 2:18-cv-09023  |
| 72 | Davis Michael             | 2:19-cv-16155  |

**Exhibit A**

|     | Plaintiff Name | Case No. |
| --- | --- | --- |
| 73 | Davis, Peter | 2:19-cv-12093 |
| 74 | Davis, Victory-Phyllis | 2:18-cv-04960 |
| 75 | Dewar, Lisa | 2:19-cv-09129 |
| 76 | Dicioccio, Nicholas R. | 2:19-cv-16320 |
| 77 | Dunphy Geraldeen | 2:19-cv-15904 |
| 78 | Dunson, Saundra | 2:19-cv-09021 |
| 79 | Durams, Jane | 2:19-cv-09022 |
| 80 | Eaton, Betty S. | 2:19-cv-13004 |
| 81 | Edwards, Marsha | 2:18-cv-16782 |
| 82 | Elliott Gwendolyn | 2:19-cv-13263 |
| 83 | Ellis James | 2:19-cv-12645 |
| 84 | Ellis, Rhonda | 2:19-cv-15896 |
| 85 | Elsea Raymond | 2:18-cv-14548 |
| 86 | Essakhani, Edward | 2:19-cv-07455 |
| 87 | Eugene Zackery | 2:19-cv-14169 |
| 88 | Ewing, Rose | 2:18-cv-11181 |
| 89 | Fincham, Nancy | 2:19-cv-07617 |
| 90 | Fletcher, Kristal | 2:19-cv-04446 |
| 91 | Flores, Rudy | 2:19-cv-08106 |
| 92 | Florez, Lorie | 2:19-cv-10016 |
| 93 | Forbes, Lema | 2:18-cv-05597 |
| 94 | Ford Doris | 2:19-cv-15359 |
| 95 | Ford Georgia Williams | 2:19-cv-18419 |
| 96 | Forest, Patricia | 2:19-cv-13430 |
| 97 | Friar, Jacqueline | 2:19-cv-08888 |
| 98 | Fry, Cora | 2:18-cv-11563 |
| 99 | Gadsden, Monalito | 2:19-cv-15900 |
| 100 | Garcia, Harvey | 2:19-cv-10967 |
| 101 | Gardiner, James | 2:19-cv-07332 |
| 102 | Garner, Anna | 2:17-cv-07264 |
| 103 | Gill, Michelle | 2:18-cv-10074 |
| 104 | Ginn, Timothy | 2:18-cv-14946 |
| 105 | Granderson, Brenda | 2:17-cv-13325 |
| 106 | Green Donald | 2:19-cv-15902 |
| 107 | Greenlee, Sandra | 2:18-cv-02147 |
| 108 | Gregory, Rodney | 2:18-cv-02714 |

**Exhibit A**

| | Plaintiff Name | Case No. |
|---|---|---|
| 109 | Griffin Arlie | 2:18-cv-11567 |
| 110 | Griffin, Sarah | 2:18-cv-14941 |
| 111 | Grissom, Kevin | 2:19-cv-00441 |
| 112 | Guajardo Jesusa | 2:19-cv-17999 |
| 113 | Guyer, Calvin | 2:19-cv-04536 |
| 114 | Haberberger, Alfonse | 2:17-cv-13322 |
| 115 | Haggard, Dorothy | 2:18-cv-09216 |
| 116 | Hairston, Herman | 2:19-cv-15357 |
| 117 | Halbe, Robert | 2:19-cv-08128 |
| 118 | Hall, Janet | 2:18-cv-11180 |
| 119 | Hall, Lester, Sr. | 2:19-CV-04881 |
| 120 | Halstead, Barbara | 2:19-cv-07623 |
| 121 | Hancock Barry | 2:19-cv-18262 |
| 122 | Hancock Judy | 2:18-cv-17244 |
| 123 | Handy, Johnny | 2:18-cv-09785 |
| 124 | Harrell Barbara E. | 2:19-cv-16127 |
| 125 | Hartley Susan | 2:19-cv-14854 |
| 126 | Harwood Nancy | 2:19-cv-17465 |
| 127 | Hass, Dawn | 2:18-cv-09101 |
| 128 | Hayman, Lawrence H. | 2:19-cv-08869 |
| 129 | Henderson Natalye | 2:19-cv-16094 |
| 130 | Henderson, Beverly | 2:18-cv-13325 |
| 131 | Hernandez Maria | 2:18-cv-14940 |
| 132 | Herring, Cynthia | 2:19-cv-12111 |
| 133 | Hersick, Mary | 2:19-CV-05807 |
| 134 | Higgins, Posandra | 2:19-cv-10977 |
| 135 | Higgs, Steven Lewis | 2:19-cv-11229 |
| 136 | Hill Ada | 2:19-cv-13592 |
| 137 | Hill, Jonathan | 2:17-cv-13723 |
| 138 | Holland, James | 2:19-cv-15572 |
| 139 | Holland, Karen | 2:17-cv-13096 |
| 140 | Holloway, Velma | 2:17-cv-03192 |
| 141 | Holman, Cheryl | 2:19-cv-13809 |
| 142 | Hornsby Vicki L. | 2:19-cv-13211 |
| 143 | Howard, Janice | 2:19-cv-15354 |
| 144 | Hull, Carla | 2:17-cv-13808 |

**Exhibit A**

|     | Plaintiff Name | Case No. |
| --- | --- | --- |
| 145 | Hunter-Malone, Sherrie | 2:17-cv-03211 |
| 146 | Irving, Lamondrae | 2:18-cv-08908 |
| 147 | Jackson, Charlie | 2:19-cv-08244 |
| 148 | Jager, William | 2:19-cv-13938 |
| 149 | Jeffcoat-Fisher, Linda | 2:19-cv-14772 |
| 150 | Jenkins, Janice K. | 2:19-cv-13184 |
| 151 | Jennings, Philemon | 2:19-cv-15692 |
| 152 | Johnson, Gainelle | 2:19-cv-08241 |
| 153 | Johnson, Josiah | 2:19-cv-15687 |
| 154 | Kelley, Marion | 2:17-cv-03204 |
| 155 | Kellum Rickey | 2:19-cv-15894 |
| 156 | Kendall, Mary | 2:19-cv-15966 |
| 157 | Knight, Alwanna | 2:18-cv-11839 |
| 158 | Knight, Rhonda | 2:19-cv-15355 |
| 159 | Laboy, Juan | 2:19-cv-07524 |
| 160 | Laul Wayne S. | 2:19-cv-13229 |
| 161 | Lavender, Diana S. | 2:19-cv-13187 |
| 162 | Lawson, Deloris | 2:19-cv-14725 |
| 163 | Lerwick, Karen | 2:18-cv-17503 |
| 164 | Lewis, Darlene | 2:19-cv-08242 |
| 165 | Lewis, Dorothy | 2:19-cv-08887 |
| 166 | Lewis, Leola | 2:19-cv-07434 |
| 167 | Lindsay, Sharon | 2:18-cv-09265 |
| 168 | Little, Allen | 2:19-cv-08714 |
| 169 | Loftis, Elaine | 2:19-cv-07277 |
| 170 | Long, Karon | 2:19-cv-15951 |
| 171 | Looney Pamela | 2:19-cv-14416 |
| 172 | Lowe, Gail | 2:19-cv-12844 |
| 173 | Luciano, Javier | 2:19-cv-15358 |
| 174 | Lymus, Anna | 2:19-CV-17479 |
| 175 | Lynn, Debra | 2:18-cv-16236 |
| 176 | Maher Colleen | 2:18-cv-14550 |
| 177 | Malone Beverly | 2:19-cv-16276 |
| 178 | Mamon Esther | 2:19-cv-13581 |
| 179 | Mann, William | 2:19-cv-15802 |
| 180 | Manning Patricia | 2:18-cv-15682 |

**Exhibit A**

|     | Plaintiff Name | Case No. |
| --- | --- | --- |
| 181 | Marcott, Michele | 2:17-cv-07946 |
| 182 | Marcum, Larry | 2:19-cv-05930 |
| 183 | Martinez, Maria | 2:18-cv-17728 |
| 184 | Mason, Barrie | 2:19-cv-16899 |
| 185 | Mata, Angela Marie | 2:18-cv-15114 |
| 186 | Matthews, Dennis | 2:19-cv-15622 |
| 187 | Mays, Jr. George | 2:19-cv-12174 |
| 188 | McBurrough, Larrie | 2:19-cv-15620 |
| 189 | McCall Patricia | 2:18-cv-14857 |
| 190 | McClain Enoch | 2:19-cv-16281 |
| 191 | McCool, Rhonda | 2:18-cv-01111 |
| 192 | McDowell, Robert | 2:19-cv-07647 |
| 193 | McKnight, Bonnie J | 2:18-cv-09014 |
| 194 | McLendon, Marella | 2:18-cv-10482 |
| 195 | McPherson, Ronald | 2:17-cv-13388 |
| 196 | Mears, Roger | 2:18-cv-08354 |
| 197 | Merle, Priscilla | 2:19-cv-07625 |
| 198 | Mesa, Cleo | 2:18-cv-08300 |
| 199 | Miller, David W. | 2:18-cv-00458 |
| 200 | Miramonti Margot | 2:19-cv-13299 |
| 201 | Mireles, Mingo | 2:18-cv-09963 |
| 202 | Mitchell, Edna | 2:19-cv-13943 |
| 203 | Mohr, Peter | 2:19-cv-12164 |
| 204 | Morales, Wanda | 2:19-cv-01131 |
| 205 | Morrison, Thomas | 2:19-cv-12727 |
| 206 | Muldrow, Cynthia | 2:17-cv-11918 |
| 207 | Nassouri Layth | 2:19-cv-14397 |
| 208 | Nava, Susie | 2:18-cv-16229 |
| 209 | Novak, Kim | 2:17-cv-13808 |
| 210 | O'Neal, Amaleeta | 2:18-cv-15695 |
| 211 | Osborne, Virginia | 2:18-cv-11182 |
| 212 | Papin, David | 2:18-cv-17247 |
| 213 | Parker, Harvard | 2:19-cv-15576 |
| 214 | Parks, Richard | 2:19-cv-06047 |
| 215 | Parks, Roosevelt | 2:19-cv-12118 |
| 216 | Paul Marjorie | 2:19-cv-15899 |

**Exhibit A**

|     | Plaintiff Name | Case No. |
| --- | --- | --- |
| 217 | Payne, Demose | 2:19-CV-05048 |
| 218 | Phillips, Eulalie | 2:19-cv-00585 |
| 219 | Pinkley, Troy J. | 2:19-cv-09474 |
| 220 | Pope, Ashley | 2:19-cv-13623 |
| 221 | Pratt, Bobby | 2:17-cv-13808 |
| 222 | Price, Cathy | 2:19-cv-09186 |
| 223 | Prince, Patricia | 2:18-cv-16758 |
| 224 | Purnell, Rosie | 2:19-cv-15569 |
| 225 | Raymond, Dory | 2:18-cv-05671 |
| 226 | Reed, Donzelle | 2:18-cv-16473 |
| 227 | Reeves, Steve | 2:19-cv-08882 |
| 228 | Reichenbach, Julie | 2:17-cv-13808 |
| 229 | Reichenbach, Steven | 2:17-cv-13808 |
| 230 | Reuben Leonard | 2:18-cv-10145 |
| 231 | Rhymes Jelvit | 2:19-cv-14774 |
| 232 | Rice, Margaret | 2:19-cv-07182 |
| 233 | Richardson, Annie M. | 2:19-cv-09459 |
| 234 | Rizzuto, Anthony | 2:17-cv-06244 |
| 235 | Roach, Barbara | 2:18-cv-14948 |
| 236 | Roberts Howard | 2:19-cv-16014 |
| 237 | Roberts, Rosalie | 2:19-cv-09153 |
| 238 | Roberts, Yvonne | 2:19-cv-09433 |
| 239 | Robinson, Gloria | 2:18-cv-14196 |
| 240 | Roby, Stella | 2:19-cv-15895 |
| 241 | Rodgers Benjamin | 2:18-cv-09302 |
| 242 | Rogers, Mabel | 2:18-cv-03912 |
| 243 | Ross, Sam | 2:18-cv-13798 |
| 244 | Rucker Rebecca | 2:19-cv-15547 |
| 245 | Salom Richard | 2:19-cv-15356 |
| 246 | Sanchez, Herbert | 2:18-cv-08478 |
| 247 | Sanchez, Yolanda | 2:18-cv-16952 |
| 248 | Sanders, Charles | 2:19-cv-15905 |
| 249 | Sanders, Leisa | 2:17-cv-13808 |
| 250 | Sapon, George | 2:18-cv-03099 |
| 251 | Schmett Michael | 2:18-cv-08741 |
| 252 | Shaffer, Eileen | 2:17-cv-12577 |

**Exhibit A**

|     | Plaintiff Name        | Case No.        |
|-----|-----------------------|-----------------|
| 253 | Sharp, Carol          | 2:17-cv-06824   |
| 254 | Sheaff, Carol         | 2:19-cv-09017   |
| 255 | Sherrod Dennis        | 2:19-cv-14775   |
| 256 | Shiley, Heather       | 2:17-cv-13764   |
| 257 | Slaughter Mary        | 2:19-cv-15903   |
| 258 | Smith Dawn            | 2:19-cv-14832   |
| 259 | Smith Marian          | 2:19-cv-14209   |
| 260 | Smith Shelia          | 2:19-cv-18066   |
| 261 | Smith, Eric           | 2:19-cv-16278   |
| 262 | Smith, Gwendolyn      | 2:19-cv-16013   |
| 263 | Spears Billie J.      | 2:18-cv-09800   |
| 264 | Speir, Sonia          | 2:18-cv-01406   |
| 265 | Starr, Toni           | 2:19-cv-09019   |
| 266 | Stephens, Annie       | 2:19-cv-06672   |
| 267 | Stiles Mary           | 2:18-cv-13566   |
| 268 | Sue, Barbara          | 2:19-cv-14805   |
| 269 | Taylor, Shadarice     | 2:19-cv-14181   |
| 270 | Terry Leah            | 2:18-cv-12548   |
| 271 | Thomas, Daphne        | 2:19-cv-04445   |
| 272 | Thompson, Paula       | 2:19-cv-14177   |
| 273 | Thornley, Ross F.     | 2:18-cv-09307   |
| 274 | Tomlinson, Pamela     | 2:18-cv-16961   |
| 275 | Tucker, Ronica        | 2:19-cv-08715   |
| 276 | Turner Ronald         | 2:19-cv-16283   |
| 277 | Vashit Parveen        | 2:19-cv-12384   |
| 278 | Veazy Marvin          | 2:18-cv-09885   |
| 279 | Villanueva, Margarita | 2:18-cv-17500   |
| 280 | Wade, Rocky           | 2:19-cv-07671   |
| 281 | Walters Linda         | 2:19-cv-16639   |
| 282 | Walton, Darren        | 2:19-cv-08668   |
| 283 | Weiss Donna           | 2:18-cv-13677   |
| 284 | Werksman Mitchell     | 2:19-cv-13586   |
| 285 | Whitfield, Nelson     | 2:19-cv-15897   |
| 286 | Whitman, Russell      | 2:19-cv-11261   |
| 287 | Wilcoxon, Donna       | 2:19-cv-08920   |
| 288 | Wilde, Terri          | 2:18-cv-05749   |

**Exhibit A**

|     | Plaintiff Name | Case No. |
| --- | --- | --- |
| 289 | Wiley, George | 2:19-cv-08324 |
| 290 | Williams Edward | 2:19-cv-15353 |
| 291 | Williams, John R. | 2:19-cv-09016 |
| 292 | Williams, Linda | 2:18-cv-16267 |
| 293 | Williams-Sahr, Sharon | 2:19-cv-12861 |
| 294 | Winter, Theresa | 2:17-cv-07682 |
| 295 | Wolcott, Daniel, Sr. | 2:19-cv-08666 |
| 296 | Woodell, Gregory Brian, Sr. | 2:18-cv-05503 |
| 297 | Yost, Harold, III | 2:19-cv-08884 |